## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| ALFRED MARCOUX and<br>CHARLENE JONES,<br><br>        Plaintiffs,<br><br>v.<br><br>SUSAN SZWED, P.A.,<br><br>        Defendant | )<br>)<br>)<br>)<br>)<br>) Docket no. 2:15-cv-093-NT<br>)<br>)<br>)<br>)<br>) |

## ORDER AFFIRMING RECOMMENDED DECISION
## OF THE MAGISTRATE JUDGE

On November 27, 2015, the United States Magistrate Judge filed with the court, with copies to the parties, his Recommended Decision on the Defendant's Motion to Dismiss and Objection to Class Certification. The Defendant filed an objection to the Recommended Decision on December 11, 2015. The Plaintiffs responded on December 24, 2015. I have reviewed and considered the Recommended Decision, together with the entire record; I have made a *de novo* determination of all matters adjudicated by the Recommended Decision; and I concur with the recommendations of the United States Magistrate Judge for the reasons set forth in the Recommended Decision.

It is therefore **ORDERED** that the Recommended Decision of the Magistrate Judge is hereby **ADOPTED** and **AFFIRMED**. It is hereby

**ORDERED** that the Defendant's Motion to Dismiss and Objection to Class Certification (ECF No. 6) is **DENIED**.

    **SO ORDERED.**

                                  /s/ Nancy Torresen
                                  United States Chief District Judge

Dated this 6th day of January, 2016.